

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-22-00186-CV, 04-22-00187-CV, 04-22-00188-CV

**IN THE MATTER OF M.A.A.**

From the 436th District Court, Bexar County, Texas
Trial Court Nos. 2020JUV00120, 2020JUV01099A, 2020JUV00725
Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the March 10, 2022 order committing M.A.A. to the Texas Juvenile Justice Department is AFFIRMED. It is ORDERED that no costs be assessed against M.A.A. because she is indigent.

SIGNED November 2, 2022.

_____
Beth Watkins, Justice